UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA          )
                                  )
                Plaintiff,        )          No. 3:22-cr-00086-RGJ
                                  )
        v.                        )
                                  )
KELLY HANNA GOODLETT,             )
                                  )
                Defendant.        )
                                  )

## NOTICE OF APPEARANCE & SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robert J. Keenan, Acting Deputy Assistant Attorney General, Civil Rights Division, hereby enters an appearance as the attorney of record on behalf of the United States of America and requests electronic service of all subsequent filings in this case via the Court's Case Management & Electronic Case Filing (CM/ECF) system.

As the above-named attorney is substituting in for Michael J. Songer as the United States' attorney of record, the Clerk should remove Mr. Songer as counsel of record in this case and also remove him from the list of attorneys who should receive ECF notifications hereon.

DATE: February 7, 2026.                HARMEET K. DHILLON
                                       Assistant Attorney General


                                         */s/ Robert J. Keenan*
                                       _____
                                       ROBERT J. KEENAN
                                       Acting Deputy Assistant Attorney General
                                       Civil Rights Division
                                       U.S. Department of Justice
                                       950 Pennsylvania Avenue, NW
                                       Washington, DC  20530
                                       Telephone:   (202) 305-2566
                                       E-Mail:        Robert.Keenan@usdoj.gov

                                       Authority Conferred by 28 U.S.C. § 515

## CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2026, I electronically filed the attached document via the CM/ECF system, which automatically effects service of the document on all counsel.

*/s/ Robert J. Keenan*

Robert J. Keenan
Civil Rights Division